IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, and ETHYPHARM, S.A., a French Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-331 (UNA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PRAECIPE</u>**

With respect to the Complaint filed May 25, 2007, Plaintiff requests that an Alias Summons be issued for Teva Pharmaceutical Industries Ltd. for each of the following alternate addresses:

- Teva Pharmaceutical Industries Ltd.
  c/o Teva Pharmaceuticals USA, Inc.
  c/o Corporate Creations Network, Inc.
  1308 Delaware Avenue
  Wilmington, DE  19806

- Teva Pharmaceutical Industries Ltd.
  5 Basel Street
  Petach Tikva, 49131
  Israel

- 2 -

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ James W. Parrett, Jr.* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Mary B. Graham (#2256) |
| Eric J. Lobenfeld | Rodger D. Smith II (#3778) |
| Tedd W. Van Buskirk | James W. Parrett, Jr. (#4292) |
| Arlene L. Chow | 1201 N. Market Street |
| Dillon Kim | P.O. Box 1347 |
| HOGAN & HARTSON LLP | Wilmington, DE  19801 |
| 875 Third Avenue | 302.658.9200 |
| New York, New York 10022 | |
| 212.918.3000 | *Attorneys for Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc. and Ethypharm, S.A.* |
| Philippe Y. Riesen | |
| HOGAN & HARTSON LLP | |
| Shinjuku Center Building, 46th Floor | |
| 25-1 Nishi-Shinjuku 1-chome | |
| Shinjuku, Tokyo 163-0646 | |
| Japan | |
| (81) 3-5908-4070 | |
| | |
| Richard de Bodo | |
| HOGAN & HARTSON LLP | |
| 1999 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067 | |
| 310.785.4600 | |
| | |
| *Attorneys for Takeda Pharmaceutical Company Limited and Ethypharm, S.A.* | |

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP Pharmaceutical Products Inc.*

Dated:  May 25, 2007
841604