AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Takeda Pharmaceutical Company Limited,
TAP Pharmaceutical Products Inc., and
Ethypharm, S.A.

V.

Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-331

TO: (Name and address of Defendant)

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network, Inc.
1308 Delaware Avenue
Wilmington, DE 19806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DR. PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

MAY 25 2007

DATE

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>May 29, 2007 |
| NAME OF SERVER (PRINT)<br>Thomas Lyle | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Service of the Summons and Complaint was made upon defendant Teva Pharmaceuticals USA, Inc. by hand delivering copies thereof to defendant's registered agent, Corporate Creations Network, Inc. at 1308 Delaware Avenue, Wilmington, DE  19806.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 30, 2007       *Thomas Lyle* (signature)
　　　　　　　　Date　　　　　　　　Signature of Server

Blue Marble Logistics, LLC
800 King Street
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.