# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

James W. Parrett, Jr.
302 351 9678
302 425 3083 Fax
jparrett@mnat.com

May 31, 2007

**VIA E-FILING AND HAND DELIVERY**

Dr. Peter T. Dalleo, Clerk
United States District Court
Federal Building
844 North King Street
Wilmington, Delaware 19801

      Re:    *Takeda Pharmaceutical Company Limited, et al. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.;* C.A. No. 07-331

Dear Dr. Dalleo:

      Service was made on Teva Pharmaceutical Industries Ltd. ("Teva") by sending a summons, Notice of Availability of Magistrate Judge, and a copy of the complaint and civil cover sheet via Federal Express delivery to Laura Fahey Fritts of Sutherland Asbill & Brennan LLP, an attorney for Teva, who stated she would accept service on Teva's behalf. Attached as Exhibit A is a copy of the letter accompanying the complaint and other documents that were sent to Ms. Fritts for service.

      Sincerely,

      */s/ James W. Parrett, Jr.*

      James W. Parrett, Jr. (#4292)

JWP/dam
Enclosure
cc:    Karen Pascale, Esq. (via email, w/ enclosure)
       Laura Fahey Fritts, Esq. (via email, w/ enclosure)
       Chad Peterman, Esq. (via email, w/ enclosure)

845476

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302 351 9199
mgraham@mnat.com

May 25, 2007

Laura Fahey Fritts, Esq.                                    **VIA FEDERAL EXPRESS**
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996

   Re:   Service of Process – *Takeda Pharmaceutical Company Limited, et al. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*, C.A. No. 07-331

Dear Laura:

   Enclosed are: (1) copies of the complaint filed in the above-captioned action today by Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc., and Ethypharm, S.A. against Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.; and (2) summons for the defendants. I understand that you have agreed to accept service on behalf of Teva Pharmaceutical Industries Ltd.

   We attempted to serve Teva Pharmaceuticals USA, Inc. this afternoon at about 3:30 p.m. by serving its registered agent in Delaware, Corporate Creations Network Inc. However, the office was closed although the statute requires that the agent's office be open during normal business hours. My assistant also telephoned the Delaware office of Corporate Creations Network Inc., but was only able to reach the president in Florida, Jim Hurley, who indicated that he did not intend for the office to be closed. Accordingly, will you also accept service as of today for Teva Pharmaceuticals USA, Inc.?

                                    Sincerely,

                                    *Mary*

                                    Mary B. Graham

MBG/dam
Enclosures
cc:   Karen Pascale, Esq. (via hand delivery, w/enclosures)
      Chad Peterman, Esq. (via email w/o enclosures)
842603