IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, )<br>a Japanese Corporation, )<br>TAP PHARMACEUTICAL PRODUCTS INC., )<br>a Delaware Corporation, )<br>and ETHYPHARM, S.A., )<br>a French Corporation, )<br> )<br>         Plaintiffs, )<br> )<br>         v. )<br> )<br>TEVA PHARMACEUTICALS USA, INC. )<br>a Delaware Corporation, )<br>and TEVA PHARMACEUTICAL INDUSTRIES LTD., )<br>an Israeli Corporation, )<br> )<br>         Defendants. ) | C.A. No. 07-331 (SLR) |

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS
TAKEDA PHARMACEUTICAL COMPANY LIMITED,
TAP PHARMACUETICAL PRODUCTS INC., AND ETHYPHARM, S.A.**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc., and Ethypharm, S.A., through their counsel, declare as follows:

1. Plaintiff Takeda Pharmaceutical Company Limited ("Takeda") does not have a parent corporation, and no publicly held corporation owns 10% or more of Takeda's stock;

2. Plaintiff TAP Pharmaceutical Products Inc. ("TAP") is jointly owned by Takeda and Abbott Laboratories; and

3. Plaintiff Ethypharm, S.A. ("Ethypharm") is 99.09% owned by Financière Verdi located at 21, rue Saint Matthieu, 78 550 Houdan France, and no publicly held corporation owns 10% or more of Ethypharm's stock.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ Rodger D. Smith II |
| OF COUNSEL | Jack B. Blumenfeld (#1014) |
| | Mary B. Graham (#2256) |
| Eric J. Lobenfeld | Rodger D. Smith II (#3778) |
| Tedd W. Van Buskirk | James W. Parrett, Jr. (#4292) |
| Arlene L. Chow | 1201 North Market Street |
| Dillon Kim | P.O. Box 1347 |
| HOGAN & HARTSON LLP | Wilmington, DE 19899 |
| 875 Third Avenue | (302) 658-9200 |
| New York, New York 10022 | |
| (212) 918-3000 | *Attorneys for Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc. and Ethypharm, S.A.* |
| Philippe Y. Riesen | |
| HOGAN & HARTSON LLP | |
| Shinjuku Center Building, 46th Floor | |
| 25-1 Nishi-Shinjuku 1-chome | |
| Shinjuku, Tokyo 163-0646 | |
| Japan | |
| (81) 3-5908-4070 | |
| | |
| Richard de Bodo | |
| HOGAN & HARTSON LLP | |
| 1999 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067 | |
| (310) 785-4600 | |
| | |
| *Attorneys for Takeda Pharmaceutical Company Limited and Ethypharm, S.A.* | |

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

June 6, 2007
850850

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 6, 2007, I caused the foregoing documents to be electronically filed with the Clerk of the Court using CM/ECF and that on June 6, 2007, I caused copies to be served upon the following in the manner indicated:

### BY EMAIL

Laura Fahey Fritts
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA  30309-3996
Laura.fritts@sablaw.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com