IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-331- SLR |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs Takeda Pharmaceutical Company Ltd., TAP Pharmaceutical Products, Inc., and Ethypharm, S.A. (collectively "Plaintiffs"), and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively "Defendants"), stipulate and agree that the deadline for Defendants to answer, move, or otherwise respond to the complaint filed on May 25, 2007, has been extended by one week, to and including June 21, 2007.

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

/s/ *James W. Parrett, Jr.*

---
Jack B. Blumenfeld (No. 1014)
Mary B. Graham (No. 2256)
Rodger D. Smith II (No. 3778)
James W. Parrett, Jr. (No. 4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
Phone: 302-658-9200
  *Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*

---
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
  *Attorneys for Defendants*
  *Teva Pharmaceuticals USA, Inc. and*
  *Teva Pharmaceutical Industries Ltd.*

OF COUNSEL:

**HOGAN & HARTSON LLP**
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
875 Third Avenue
New York, New York 10022
Phone: 212-918-3000

Phillipe Y Riesen
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
Phone: (81) 3-5908-4070

Richard de Bodo
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Phone: 310-785-4600

*Attorneys for Takeda Pharmaceutical Company Limited and Ethypharm, S.A.*

**PATTERSON BELKNAP WEBB & TYLER LLP**
William F. Cabanaugh
Stuart E. Pollack
Chad J. Peterman
1133 Avenue of the Americas
New York, New York 10036
Phone: 212-336-2000

*Attorneys for TAP Pharmaceutical Products Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mbgefiling@mnat.com]
> James W. Parrett, Jr. [jparrett@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200

I further certify that on June 14, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ *Karen L. Pascale*
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendants,*
*Teva Pharmaceuticals USA, Inc.*
*and Teva Pharmaceutical Industries, Ltd.*