IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, and ETHYPHARM, S.A., a French Corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-331<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of attorneys Eric J. Lobenfeld, Tedd W. Van Buskirk, Arlene L. Chow, Dillon Kim, Philippe Y. Riesen and Richard de Bodo of Hogan & Hartson LLP to represent the plaintiffs, Takeda Pharmaceutical Company Limited and Ethypharm, S.A. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion. Annual fees for Richard de Bodo and Dillon Kim have been previously paid for this year.


| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>Dillon Kim<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, New York 10022<br>212.918.3000 | */s/ James W. Parrett, Jr. (#4292)*<br><br>Jack B. Blumenfeld (#1014)<br>Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>302.658.9200 |
| Philippe Y. Riesen<br>HOGAN & HARTSON LLP<br>Shinjuku Center Building, 46th Floor<br>25-1 Nishi-Shinjuku 1-chome<br>Shinjuku, Tokyo 163-0646<br>Japan<br>(81) 3-5908-4070 | *Attorneys for Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc. and Ethypharm, S.A.* |

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Takeda Pharmaceutical Company Limited and Ethypharm, S.A.*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Melissa Mandrgoc
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP Pharmaceutical Products Inc.*

Dated: June 14, 2007
845149

SO ORDERED, this ___ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Eric J. Lobenfeld, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules.

Date: 6/1/07

Eric J. Lobenfeld
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.8202

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Tedd W. Van Buskirk, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/14/2007

Tedd W. Van Buskirk
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Arlene L. Chow, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 6/6/07

Arlene L. Chow
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Dillon Kim, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 5/31/07

_____
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
212.918.3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Philippe Y. Riesen, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, Washington, and Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 1, 2007

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3.5908.4070

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Richard de Bodo, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 4, 2007

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 15, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**kpascale@ycst.com**

**BY E-MAIL**

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**john.north@sablaw.com**

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.toney@sablaw.com**

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**laura.fritts@sablaw.com**

Jeffrey D. Blake
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.blake@sablaw.com**

/s/ *James W. Parrett, Jr. (#4292)*
───────────────────────────────
James W. Parrett, Jr. (#4292)

861046