**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendants. | ) | C.A. No. 07-331-SLR |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants and counterclaim-plaintiffs Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") (collectively, "Teva"), hereby certifies copies of:

> ***Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.'s First Set of Requests for Production of Documents Directed to Plaintiff Takeda Pharmaceutical Company Ltd.;***
>
> ***Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.'s First Set of Requests for Production of Documents Directed to Plaintiff TAP Pharmaceutical Products Inc.;*** and
>
> ***Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.'s First Set of Requests for Production of Documents Directed to Plaintiff Ethypharm S.A.;***

together with this Notice of Service, were caused to be served upon the following counsel of record as indicated below:

***By Hand Delivery and E-Mail***

Mary B. Graham [mgraham@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
James W. Parrett, Jr. [jparrett@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

***By E-Mail***

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa [Paul.Ragusa@bakerbotts.com]
Lisa B. Kole [Lisa.Kole@bakerbotts.com]
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112-4498
*Attorneys for Plaintiff Ethypharm S.A.*

July 31, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale
___________________________
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

- and –

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Ann G. Fort
999 Peachtree Street
Atlanta, Georgia 30309-3996
Telephone: 404-853-8000

*Attorneys for Defendants,*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries Ltd.*