IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-331 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Takeda Pharmaceutical Company Limited's Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1)*; (2) *TAP Pharmaceutical Products Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*; and (3) *Ethypharm S.A.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*, were caused to be served on August 7, 2007, upon the following in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Karen L. Pascale, Esquire <br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> **kpascale@ycst.com** | John L. North, Esquire <br> SUTHERLAND ASBILL & BRENNAN LLP <br> **john.north@sablaw.com** <br><br> Jeffrey J. Toney, Esquire <br> SUTHERLAND ASBILL & BRENNAN LLP <br> **jeffrey.toney@sablaw.com** <br><br> Laura Fahey Fritts, Esquire <br> SUTHERLAND ASBILL & BRENNAN LLP <br> **laura.fritts@sablaw.com** <br><br> Jeffrey D. Blake <br> SUTHERLAND ASBILL & BRENNAN LLP <br> **jeffrey.blake@sablaw.com** |

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>Dillon Kim<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, New York 10022<br>(212) 918-3000 | */s/ Rodger D. Smith II (#3778)*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19801<br>(302) 658-9200 |
| Philippe Y. Riesen<br>HOGAN & HARTSON LLP<br>Shinjuku Center Building, 46th Floor<br>25-1 Nishi-Shinjuku 1-chome<br>Shinjuku, Tokyo 163-0646<br>Japan<br>(81) 3-5908-4070 | *Attorneys for Takeda Pharmaceutical Company Ltd., TAP Pharmaceutical Products Inc., and Ethypharm, S.A,* |
| Richard de Bodo<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600 | |
| *Attorneys for Takeda Pharmaceutical Company Limited* | |
| William F. Cavanaugh<br>Stuart E. Pollack<br>Chad J. Peterman<br>Melissa Mandrgoc<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000 | |
| *Attorneys for TAP Pharmaceutical Products Inc.* | |
| Paul A. Ragusa<br>Lisa B. Kole<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, NY  10112-4498<br>(212) 408-2500 | |
| *Attorneys for Ethypharm, S.A.*<br>August 7, 2007 | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

> Karen L. Pascale, Esquire
> Karen E. Keller, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 7, 2007, upon the following individuals in the manner indicated:

**BY HAND AND E-MAIL**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
**kpascale@ycst.com**

**BY E-MAIL**

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**john.north@sablaw.com**

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.toney@sablaw.com**

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**laura.fritts@sablaw.com**

Jeffrey D. Blake
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.blake@sablaw.com**

*/s/ Rodger D. Smith II (#3778)*
_____
Rodger D. Smith II (#3778)

862057