IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc., and Ethypharm S.A., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civ. No. 07-331 SLR |
| Teva Pharmaceuticals USA Inc., and Teva Pharmaceutical Industries Ltd., | : : : | |
| Defendants. | : | |

### ORDER

A teleconference having been held at Wilmington this 5th day of **September, 2007 at 9:00 a.m.** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **September 30th, 2008 at 9:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE