**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, )<br>a Japanese Corporation, )<br>TAP PHARMACEUTICAL PRODUCTS INC., )<br>a Delaware Corporation, )<br>and ETHYPHARM, S.A., )<br>a French Corporation, )<br>                Plaintiffs, )<br>                )<br>      v. )<br>               )<br>TEVA PHARMACEUTICALS USA, INC., )<br>a Delaware Corporation, )<br>and TEVA PHARMACEUTICAL INDUSTRIES LTD., )<br>an Israeli Corporation, )<br>                Defendants. ) | C.A. No. 07-331-SLR |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James Suh of Hogan & Hartson LLP to represent plaintiffs Takeda Pharmaceutical Company Limited and Ethypharm, S.A. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerks Office with this motion.

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Rodger D. Smith II*
                          Jack B. Blumenfeld (#1014)
                          Mary B. Graham (#2256)
                          Rodger D. Smith II (#3778)
                          James W. Parrett, Jr. (#4292)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE 19801
                          (302) 658-9200

                          *Attorneys for Plaintiffs*
                          *Takeda Pharmaceutical Company Limited, TAP*
                          *Pharmaceutical Products Inc., and Ethypharm, S.A.*

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
James Suh
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Plaintiffs Takeda Pharmaceutical*
*Company Limited and Ethypharm, S.A.*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceuticals Products Inc.*

Paul A. Ragusa
Lisa Kole
BAKER BOTTS, LLP
30 Rockefeller Plaza
New York, NY   10112
(212) 408-2588

*Attorneys for Plaintiff Ethypharm, S.A*

September 12, 2007

        SO ORDERED, this ___ day of _____, 2007

                                    _____
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, James Suh, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: September 11, 2007

/s/ James Suh
James Suh
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
212.918.3000

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 12, 2007, upon the following individuals in the manner indicated:

**BY EMAIL**:

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
kpascale@ycst.com

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
john.north@sablaw.com

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
jeffrey.toney@sablaw.com

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
laura.fritts@sablaw.com

Jeffrey D. Blake, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
jeffrey.blake@sablaw.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com