# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
302 351 9205
302 498 6209 FAX
rsmith@mnat.com

December 10, 2007

The Honorable Sue L. Robinson
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING*

    Re:    *Takeda Pharmaceutical Company Limited, et al. v. Teva Pharmaceuticals USA, Inc., et al.,* C.A. No. 07-331-SLR

Dear Judge Robinson:

    Pursuant to the scheduling order entered in the above-captioned matter, this case is scheduled for an in-person discovery status conference on December 13, 2007 at 4:30 p.m. The parties respectfully request that the Court postpone this conference until a time in January when such conference may be more productive.

    The current deadline for completion of document production is February 11, 2008. Plaintiffs expect to begin a rolling production of their documents before the upcoming holidays. Defendants began producing documents on October 23. Until the parties have had a meaningful opportunity to review these productions and attempt to work out any differences amongst themselves, we believe that a conference is premature.

Respectfully submitted,

/s/ Rodger D. Smith II

Rodger D. Smith II (#3778)

RDS/dlb
cc:    Karen L. Pascale, Esquire (Via Electronic Mail and Hand Delivery)
        John L. North, Esquire (Via Electronic Mail)
        Jeffrey J. Toney, Esquire (Via Electronic Mail)
        Eric J. Lobenfeld, Esquire (Via Electronic Mail)
        William F. Cavanaugh, Esquire (Via Electronic Mail)
        Paul A. Ragusa, Esquire (Via Electronic Mail)