## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., | ) | |
| TAP PHARMACEUTICAL PRODUCTS INC., and | ) | |
| ETHYPHARM, S.A. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-331-SLR |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., and | ) | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants and counterclaim-plaintiffs Teva

Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva

Ltd.") (collectively, "Teva"), hereby certifies that copies of:

> *Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses and Objections to Plaintiffs' Second Set of Interrogatories (Nos. 15-18);* and

> *Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiffs' Second Set of Requests for the Production of Documents and Things;*

were served upon the following counsel of record on February 14, 2008 as indicated below:

### *By E-Mail*

Mary B. Graham [mgraham@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
James W. Parrett, Jr. [jparrett@mnat.com]
**MORRIS, NICHOLS, ARSHT & TUNNEL LLP**
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

*By E-Mail*

HOGAN & HARTSON LLP

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa [Paul.Ragusa@bakerbotts.com]
Lisa B. Kole [Lisa.Kole@bakerbotts.com]
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112-4498
*Attorneys for Plaintiff  Ethypharm S.A.*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 15, 2008 upon the above-listed counsel of record in the manner indicated above.

2

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale

February 15, 2008

_____

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

- and –

**SUTHERLAND ASBILL & BRENNAN LLP**
John L. North
Jeffrey J. Toney
Ann G. Fort
999 Peachtree Street
Atlanta, Georgia 30309-3996
Telephone:   404-853-8000

*Attorneys for Defendants,*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries, Ltd.*