# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, and ETHYPHARM, S.A., a French Corporation, <br><br>      Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) )   C.A. No. 07-331-SLR ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the depositions of the inventors of one of the patents-in-suit -- Toshihiro Shimizu, Shuji Morimoto, and Tetsuro Tabata -- shall take place at the U.S. Consulate located in Osaka, Japan from May 19, 2008 through May 26, 2008.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Rodger D. Smith II* | */s/ Karen L. Pascale* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Mary B. Graham (#2256) | Karen L. Pascale (#2903) |
| Rodger D. Smith II (#3778) | Karen E. Keller (#4489) |
| James W. Parrett, Jr. (#4292) | The Brandywine Building |
| 1201 N. Market Street | 1000 West St., 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19801 | WILMINGTON, DE 19899-0391 |
| (302) 658-9200 | (302) 571-6600 |
|  *Attorneys for Plaintiffs* |  *Attorneys for Defendants* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| | |
| Eric J. Lobenfeld | SUTHERLAND, ASBILL & BRENNAN LLP |
| Tedd W. Van Buskirk | John L. North |
| Arlene L. Chow | Jeffrey J. Toney |
| Dillon Kim | Ann G. Fort |
| HOGAN & HARTSON LLP | Jeffrey D. Blake |
| 875 Third Avenue | 999 Peachtree Street |
| New York, NY  10022 | Atlanta, GA  30309-3996 |
| (212) 918-3000 | (404) 853-8000 |
| | |
| Philippe Y. Riesen | *Attorneys for Defendants,* |
| HOGAN & HARTSON LLP | *Teva Pharmaceuticals USA, Inc. and* |
| Shinjuku Center Building, 46th Floor | *Teva Pharmaceutical Industries Ltd.* |
| 25-1 Nishi-Shinjuku 1-chome | |
| Shinjuku, Tokyo 163-0646 | |
| Japan | |
| (81) 3-5908-4070 | |

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Plaintiff Takeda*
*Pharmaceutical Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

*Attorneys for Plaintiff TAP*
*Pharmaceutical Products Inc.*

Paul A. Ragusa
Lisa B. Kole
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY  10112-4498
212.408.2500
*Attorneys for Ethypharm, S.A.*

3

SO ORDERED this ___ day of March 2008.

_____
United States District Judge

1733428