IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation, TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, and ETHYPHARM, S.A., a French Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>    Defendants. | C.A. No. 07-331-SLR |

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, and subject to the approval of the Court, that Paragraph 3 of the Scheduling Order entered August 22, 2007 (D.I. 24) shall be amended to extend the deadline one week as follows:

  3.  **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties or amend the pleadings shall be filed on or before March 17, 2008.

  All other dates in the Scheduling Order (D.I. 24) shall remain in full force and effect.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Rodger D. Smith II* | */s/ Karen L. Pascale* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Mary B. Graham (#2256) | Karen L. Pascale (#2903) |
| Rodger D. Smith II (#3778) | Karen E. Keller (#4489) |
| James W. Parrett, Jr. (#4292) | The Brandywine Building |
| 1201 N. Market Street | 1000 West St., 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19801 | WILMINGTON, DE 19899-0391 |
| (302) 658-9200 | (302) 571-6600 |
| rsmith@mnat.com | kpascale@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Plaintiff Takeda
Pharmaceutical Company Limited*

OF COUNSEL:

SUTHERLAND, ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Ann G. Fort
Jeffrey D. Blake
999 Peachtree Street
Atlanta, GA 30309-3996
(404) 853-8000

*Attorneys for Defendants,
Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa
Lisa B. Kole
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112-4498
212.408.2500
*Attorneys for Ethypharm, S.A.*

      SO ORDERED this _____ day of March 2008.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mgraham@mnat.com]
>Rodger D. Smith II [rsmith@mnat.com]
>James W. Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200

I further certify that on March 10, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
>Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
>Arlene L. Chow [alchow@hhlaw.com]
>Dillon Kim [dkim@hhlaw.com]
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY 10022
>(212) 918-3000
>
>Philippe Y. Riesen [pyriesen@hhlaw.com]
>HOGAN & HARTSON LLP
>Shinjuku Center Building, 46th Floor
>25-1 Nishi-Shinjuku 1-chome
>Shinjuku, Tokyo 163-0646
>Japan
>(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiffs Takeda Pharmaceutical Company Ltd.
and Ethypharm S.A.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa [paul.ragusa@bakerbotts.com]
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, N.Y. 10112-4498
(212) 408-2588
*Attorneys for Plaintiff Ethypharm, S.A.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants,
Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries, Ltd.*