IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-331-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2008, pursuant to D. Del. LR 15.1, copies of

*Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Amended Answer, Defenses, And Counterclaims,*

were caused to be served on the following counsel of record in the manner indicated below:

### *By Hand Delivery and E-Mail*

Mary B. Graham [mgraham@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
James W. Parrett, Jr. [jparrett@mnat.com]
**MORRIS, NICHOLS, ARSHT & TUNNEL LLP**
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

### *By E-Mail*

**HOGAN & HARTSON LLP**

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa [Paul.Ragusa@bakerbotts.com]
Lisa B. Kole [Lisa.Kole@bakerbotts.com]
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, New York 10112-4498
*Attorneys for Plaintiff Ethypharm S.A.*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 31, 2008 upon the above-listed counsel of record in the manner indicated above.

|  |  |
|---|---|
| March 31, 2008 | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]<br>John W. Shaw (#3362) [jshaw@ycst.com]<br>Karen L. Pascale (# 2903) [kpascale@ycst.com]<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: 302-571-6600<br><br>- and –<br><br>**SUTHERLAND ASBILL & BRENNAN LLP**<br>John L. North<br>Jeffrey J. Toney<br>Ann G. Fort<br>999 Peachtree Street<br>Atlanta, Georgia 30309-3996<br>Telephone: 404-853-8000<br><br>*Attorneys for Defendants,*<br>*Teva Pharmaceuticals USA, Inc. and*<br>*Teva Pharmaceutical Industries, Ltd.* |