## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, <br> TAP PHARMACEUTICAL PRODUCTS INC., <br> and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br> and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-331 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: *Second Supplement to Ethypharm S.A.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*, were caused to be served on April 29, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**kpascale@ycst.com**

**BY EMAIL**

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**john.north@sablaw.com**

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.toney@sablaw.com**

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**laura.fritts@sablaw.com**

Jeffrey D. Blake, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.blake@sablaw.com**

-2-

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Rodger D. Smith II*
          _____
          Jack B. Blumenfeld (#1014)
          Mary B. Graham (#2256)
          Rodger D. Smith II (#3778)
          James W. Parrett Jr. (#4292)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19801
          302.658.9200

          *Attorneys for Plaintiffs*
          *Takeda Pharmaceutical Company Limited, TAP*
          *Pharmaceutical Products Inc., and Ethypharm, S.A.*

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
212.918.3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Plaintiff Takeda Pharmaceutical*
*Company Limited and Ethypharm, S.A.*

-3-

Paul A. Ragusa
Lisa Kole
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2588

*Attorneys for Ethypharm, S.A.*

April 29, 2008
2309618

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 29, 2008, upon the following individuals in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**kpascale@ycst.com**

**BY EMAIL**

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**john.north@sablaw.com**

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.toney@sablaw.com**

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**laura.fritts@sablaw.com**

Jeffrey D. Blake, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.blake@sablaw.com**

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)