IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A., <br><br>       Plaintiffs, <br><br>   v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br>       Defendants. | ) ) ) ) ) ) ) ) C.A. No. 07-331-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff Takeda Pharmaceutical Company Limited's Responses and Objections to Defendants' Third Set of Interrogatories to Takeda Pharmaceutical Company Limited (Nos. 11-17)* were caused to be served on May 15, 2008, upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**kpascale@ycst.com**

**BY E-MAIL**

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**john.north@sablaw.com**

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.toney@sablaw.com**

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**laura.fritts@sablaw.com**

Jeffrey D. Blake
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.blake@sablaw.com**

- 2 -

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
212.918.3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Takeda Pharmaceutical Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Melissa Mandrgoc
Patrick S. Almonrode
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP Pharmaceutical Products Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
jblumenfeld@mnat.com
mgraham@mnat.com
rsmith@mnat.com
jparrett@mnat.com
302.658.9200

*Attorneys for Takeda Pharmaceutical Company Ltd., TAP Pharmaceutical Products Inc., and Ethypharm, S.A,*

Paul A. Ragusa
Lisa B. Kole
Sandra S. Lee
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY  10112-4498
212.408.2500

*Attorneys for Ethypharm, S.A.*

May 15, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 15, 2008, upon the following individuals in the manner indicated:

| **BY HAND AND E-MAIL** | **BY E-MAIL** |
|---|---|
| Karen L. Pascale, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>**kpascale@ycst.com** | John L. North, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**john.north@sablaw.com** |
| | Jeffrey J. Toney, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**jeffrey.toney@sablaw.com** |
| | Laura Fahey Fritts, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**laura.fritts@sablaw.com** |
| | Jeffrey D. Blake<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**jeffrey.blake@sablaw.com** |

*James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

862057