IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-331-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Morris Nichols Arsht & Tunnell LLP hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as Delaware counsel to the plaintiffs, Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc., and Ethypharm, S.A.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Mary B. Graham* | */s/ Steven J. Balick* |
| _____ | _____ |
| Jack B. Blumenfeld (I.D. #1014) <br> Mary B. Graham (I.D.#2256) <br> Rodger D. Smith II (I.D. #3778) <br> James W. Parrett, Jr. (I.D. #4292) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> 302-658-9200 | Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> Lauren E. Maguire (I.D. #4261) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE  19899 <br> 302-654-1888 |

Dated:  May 22, 2008

{00217152;v1}