IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., TAP PHARMACEUTICAL PRODUCTS, INC., and ETHYPHARM, S.A. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-331-SLR |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF DEBORAH JASKOT

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure ("Federal Rules"), Plaintiffs, by and through their attorneys, will take the deposition

upon oral examination of Deborah Jaskot before a notary public or other officer authorized by

law to administer oaths, at the offices of Hogan & Hartson LLP, 875 Third Avenue, New York,

NY 10022 or such other location to which the parties may agree, commencing at 9:30 a.m. on

July 28, 2008 and continuing day-to-day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal

Rules, the method by which testimony shall be recorded will be by stenographic transcription

and/or by videotape.  You are invited to attend and cross-examine.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Plaintiffs*
*Takeda Pharmaceutical Company Limited, TAP*
*Pharmaceutical Products Inc., and Ethypharm, S.A.*

*Of Counsel:*

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
**HOGAN & HARTSON LLP**
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

*Attorneys for Plaintiff Takeda Pharmaceutical*
*Company Limited*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
Patrick S. Almonrode
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

{00223340;v1}

Paul A. Ragusa
Lisa Kole
Sandra Lee
**BAKER BOTTS, LLP**
30 Rockefeller Plaza
New York, NY   10112
(212) 408-2588

*Attorneys for Plaintiff Ethypharm, S.A.*

Dated:  June 13, 2008

3