IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL COMPANY            )
LIMITED, TAP PHARMACEUTICAL PRODUCTS     )
INC., and ETHYPHARM, S.A.,               )
                                         )
                Plaintiffs,              )
                                         )
        v.                               )        C.A. No. 07-331-SLR
                                         )
TEVA PHARMACEUTICALS USA, INC., and TEVA )
PHARMACEUTICAL INDUSTRIES LTD.,          )
                                         )
                Defendants.              )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of July, 2008, **PLAINTIFFS TAKEDA'S AND TAP'S SUPPLEMENTAL JOINT RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO TAKEDA PHARMACEUTICAL COMPANY LTD. (NOS. 1-3) AND TAP PHARMACEUTICAL PRODUCTS INC. (NOS. 1-3 AND 6)** was served

upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                    HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John L. North, Esquire                        VIA ELECTRONIC MAIL
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, GA  30309-3996

{00221686;v1}

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
Hogan & Hartson LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(813) 5908-4070

*Attorneys for Plaintiff Takeda Pharmaceutical
Company Limited*

{00221686;v1}

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceuticals Products Inc.*

Dated:  July 7, 2008