**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD., TAP PHARMACEUTICAL PRODUCTS INC., and ETHYPHARM, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 07-331-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants and counterclaim-plaintiffs Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") (collectively, "Teva"), hereby certifies that copies of:

> *Teva's Responses and Objections to Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Teva Pharmaceuticals USA, Inc.;* and
>
> *Teva's Responses and Objections to Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Teva Pharmaceutical Industries, Ltd.;*
>
> *Teva Pharmaceuticals USA, Inc.'s Responses and Objections to Plaintiffs' Supplemental Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6);* and
>
> *Teva Pharmaceutical Industries, Ltd.'s Responses and Objections to Plaintiffs' Supplemental Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6),*

were caused to be served upon the following counsel of record on July 8, 2008 as indicated below:

***By E-Mail***

Steven J. Balick  [sbalick@ashby-geddes.com]
John G. Day  [jday@ashby-geddes.com]
Lauren Maguire  [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
*Attorneys for Plaintiffs*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa [Paul.Ragusa@bakerbotts.com]
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112-4498
*Attorneys for Plaintiff Ethypharm S.A.*

In addition, the undersigned certifies that copies of this Notice of Service were caused to be served upon the following counsel of record on July 14, 2008 as indicated below:

*<u>By Hand Delivery and E-Mail</u>*

Steven J. Balick  [sbalick@ashby-geddes.com]
John G. Day  [jday@ashby-geddes.com]
Lauren Maguire  [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
*Attorneys for Plaintiffs*

*<u>By E-Mail</u>*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
Patrick S. Almonrode [palmonrode@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

Paul A. Ragusa [Paul.Ragusa@bakerbotts.com]
Lisa B. Kole [Lisa.Kole@bakerbotts.com]
Sandra Lee [Sandra.Lee@bakerbotts.com]
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112-4498
*Attorneys for Plaintiff Ethypharm S.A.*

July 14, 2008

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (# 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

- and –

**SUTHERLAND ASBILL & BRENNAN LLP**
John L. North
Jeffrey J. Toney
Ann G. Fort
999 Peachtree Street
Atlanta, Georgia 30309-3996
Telephone:    404-853-8000

*Attorneys for Defendants and Counterclaim-Plaintiffs, Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc.*

4