IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Takeda Pharmaceutical Company Limited, TAP Pharmaceutical Products Inc., and Ethypharm S.A.,

        Plaintiffs,

v.

Teva Pharmaceuticals USA Inc., and Teva Pharmaceutical Industries Ltd.,

        Defendants.

Civ. No. 07-331 SLR

## ORDER

At Wilmington this **26th** day of **August, 2008**:

IT IS ORDERED that the mediation tele-conference scheduled for **September 30th, 2008 at 9:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **October 1st, 2008 at 11:00 am**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

                                                     *[signature]*
                                 UNITED STATES MAGISTRATE JUDGE